IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS PENSION FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Peter Akamu,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>S.E. ELECTRICAL SERVICE, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10,<br><br>  Defendant(s). | CV 16-00587 DKW-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 02, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment

Against S. E. Electrical Service, Inc." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 22, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Hawaii Electricians Pension Fund v. S.E. Electrical Service et al;* **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**